**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-00722-REB-BNB

TAGIR GALIKEEV,

     Plaintiff,

v.

MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO T. GONZALES, U.S. Citizenship and Immigration Services,
MARIO ORTIZ, Denver District Director, U.S. Citizenship and Immigration Services, and
ROBERT MUELLER, Director, Federal Bureau of Investigation,

     Defendants.
_____

**ORDER OF DISMISSAL**
_____

**Blackburn, J.**

     The matter before the court is the **Stipulated Motion to Dismiss** [#5], filed July

21, 2006.  After careful review of the stipulation and the file, the court has concluded

that the stipulation should be approved and that this action should be dismissed with

prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulated Motion to Dismiss** [#5], filed July 21, 2006, is

**APPROVED**; and

     2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

     Dated July 27, 2006, at Denver, Colorado.

                    **BY THE COURT:**

                    **s/ Robert E. Blackburn**
                    **Robert E. Blackburn**
                    **United States District Judge**